**Order entered September 22, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00735-CR
No. 05-15-00748-CR
No. 05-15-00749-CR

**VANESA AGUILAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause Nos. F13-51857-K, F13-51858-K, F13-51859-K**

## ORDER

The Court **REINSTATES** the appeals.

On August 25, 2015, the Court ordered the trial court to appoint new counsel to represent appellant. We have received the trial court's orders appointing Sharita Blacknall to represent appellant on these appeals. Accordingly, we **DIRECT** the Clerk to list Sharita Blacknall as appellant's attorney of record.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order to Sharita Blacknall and the Dallas County District Attorney's Office.

/s/ ADA BROWN
JUSTICE